IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR NATIVIDAD,

    Plaintiff,

  v.

UNITED STATES OF AMERICA, JAMES LAMOTTE MATTHEWS, DEPARTMENT OF DEFENSE, DEPARTMENT OF THE ARMY, AND DOES 1 to 10,

    Defendants.

No. C 04-02071 WHA

**ORDER DISMISSING CASE**

By order dated May 31, 2005, the Court retained jurisdiction to enforce the parties' settlement agreement for only 45 days. A stipulated dismissal of all claims was expected by July 15, 2005. None was filed.

As defendants have demonstrated that the settlement check was timely delivered, plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. The Court retains no further jurisdiction to enforce the settlement agreement. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 19, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE